UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHID ACHOUAL and MUHAMMAD SULTAN, individually and on behalf of similarly situated persons,

Plaintiffs,

v.

COLONEL'S LIMITED, LLC,

Defendant.

Case No. 7:17-cv-8420-CS

## [PROPOSED] FINAL APPROVAL ORDER AND JUDGMENT

**WHEREAS**, on February 5, 2019, the Court in the related matter of *Durling v. Papa John's Int'l, Inc.*, No. 16-3592 (S.D.N.Y.) issued a bench ruling granting Plaintiffs' motion to consolidate this case with the *Durling* matter (*Durling*, ECF No. 355, Minute Entry dated Feb. 5, 2019);

**WHEREAS**, on February 25, 2019, Plaintiffs filed their Second Amended Complaint in the *Durling* matter, consolidating this matter with that related action (*Durling*, ECF No. 437); and

**WHEREAS**, on July 27, 2023, the *Durling* Court issued an Order approving settlement and Final Judgment resolving the consolidated case, dismissing all remaining claims of Plaintiffs in this action with prejudice consistent with the terms of the settlement (*Durling* ECF No. 631);

**IT IS HEREBY ORDERED THAT** the above-captioned case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED on this 28th day of July, 2023

*Cathy Seibel*
United States District Judge

The Clerk shall close the case.